# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Todd M. Hess<br>Casey L. Jones, | ) <br> ) <br> ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) <br> ) | 3:18-cv-00509-KDB-DCK |
| vs. | ) <br> ) | |
| District Attorney's Office of Union et al, | ) <br> ) | |
| Defendant(s), | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 4, 2019 Order.

November 4, 2019

_____
Frank G. Johns, Clerk
United States District Court